```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 19522
    ALETHA ANN BONDS
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-5109


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 05/16/2005 and was confirmed 07/18/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 06/18/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CITIFINANCIAL              CURRENT MORTG          .00           .00           .00
CITIFINANCIAL              MORTGAGE ARRE       300.00           .00        195.95
WASHINGTON MUTUAL          CURRENT MORTG          .00           .00           .00
WASHINGTON MUTUAL          NOTICE ONLY     NOT FILED           .00           .00
FORD MOTOR CREDIT          SECURED          18495.17       1718.56      12801.93
WORLD FINANCIAL NETWORK    UNSECURED          108.59           .00           .00
BANKCARD SERVICES          UNSECURED        NOT FILED          .00           .00
RESURGENT ACQUISITION LL   UNSECURED          435.38           .00           .00
CAPITAL ONE BANK           UNSECURED        NOT FILED          .00           .00
SMC % CARSON PIRIE SCOTT   UNSECURED          428.98           .00           .00
CHICAGO MUNICIPAL EMPLOY   UNSECURED          639.36           .00           .00
SBC                        UNSECURED          309.78           .00           .00
LVNV FUNDING LLC           UNSECURED          254.68           .00           .00
RESURGENT ACQUISITION LL   UNSECURED          925.07           .00           .00
RESURGENT ACQUISITION LL   UNSECURED         1283.45           .00           .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED          .00           .00
FINGERHUT CREDIT ADVANTA   UNSECURED          546.41           .00           .00
FINGERHUT                  UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT CORP      UNSECURED          996.77           .00           .00
HOLY CROSS HOSPITAL        UNSECURED        NOT FILED          .00           .00
JC PENNY                   UNSECURED        NOT FILED          .00           .00
SEARS ROEBUCK & CO         UNSECURED        NOT FILED          .00           .00
SHELL OIL CO               UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT CORP      UNSECURED         1286.73           .00           .00
AT & T WIRELESS            UNSECURED          362.20           .00           .00
ECAST SETTLEMENT CORP      UNSECURED         1620.30           .00           .00
LEDFORD & WU               DEBTOR ATTY       2,400.00                    2,400.00
TOM VAUGHN                 TRUSTEE                                         860.45
DEBTOR REFUND              REFUND                                           23.11

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 19522 ALETHA ANN BONDS
```

```
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                 18,000.00

PRIORITY                                              .00
SECURED                                         12,997.88
    INTEREST                                     1,718.56
UNSECURED                                             .00
ADMINISTRATIVE                                   2,400.00
TRUSTEE COMPENSATION                               860.45
DEBTOR REFUND                                       23.11
                        ---------------      ---------------
TOTALS                  18,000.00                18,000.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 10/04/07            _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE


                         PAGE   2
        CASE NO. 05 B 19522 ALETHA ANN BONDS