```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 19522
     ALETHA ANN BONDS
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
     SSN XXX-XX-5109

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/16/2005 and was confirmed 07/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 06/18/2007.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
CITIFINANCIAL                CURRENT MORTG        .00            .00            .00
CITIFINANCIAL                MORTGAGE ARRE     300.00            .00         195.95
WASHINGTON MUTUAL            CURRENT MORTG        .00            .00            .00
WASHINGTON MUTUAL            NOTICE ONLY    NOT FILED            .00            .00
FORD MOTOR CREDIT            SECURED         18495.17        1718.56       12801.93
WORLD FINANCIAL NETWORK      UNSECURED         108.59            .00            .00
BANKCARD SERVICES            UNSECURED      NOT FILED            .00            .00
RESURGENT ACQUISITION LL     UNSECURED         435.38            .00            .00
CAPITAL ONE BANK             UNSECURED      NOT FILED            .00            .00
SMC % CARSON PIRIE SCOTT     UNSECURED         428.98            .00            .00
CHICAGO MUNICIPAL EMPLOY     UNSECURED         639.36            .00            .00
SBC                          UNSECURED         309.78            .00            .00
LVNV FUNDING LLC             UNSECURED         254.68            .00            .00
RESURGENT ACQUISITION LL     UNSECURED         925.07            .00            .00
RESURGENT ACQUISITION LL     UNSECURED        1283.45            .00            .00
COMMONWEALTH EDISON          UNSECURED      NOT FILED            .00            .00
FINGERHUT CREDIT ADVANTA     UNSECURED         546.41            .00            .00
FINGERHUT                    UNSECURED      NOT FILED            .00            .00
ECAST SETTLEMENT CORP        UNSECURED         996.77            .00            .00
HOLY CROSS HOSPITAL          UNSECURED      NOT FILED            .00            .00
JC PENNY                     UNSECURED      NOT FILED            .00            .00
SEARS ROEBUCK & CO           UNSECURED      NOT FILED            .00            .00
SHELL OIL CO                 UNSECURED      NOT FILED            .00            .00
ECAST SETTLEMENT CORP        UNSECURED        1286.73            .00            .00
AT & T WIRELESS              UNSECURED         362.20            .00            .00
ECAST SETTLEMENT CORP        UNSECURED        1620.30            .00            .00
LEDFORD & WU                 DEBTOR ATTY     2,400.00                       2,400.00
TOM VAUGHN                   TRUSTEE                                          860.45
DEBTOR REFUND                REFUND                                            23.11

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

                       PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 19522 ALETHA ANN BONDS
```

```
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                 18,000.00

PRIORITY                                              .00
SECURED                                         12,997.88
    INTEREST                                     1,718.56
UNSECURED                                             .00
ADMINISTRATIVE                                   2,400.00
TRUSTEE COMPENSATION                               860.45
DEBTOR REFUND                                       23.11
                        ---------------    ---------------
TOTALS                  18,000.00               18,000.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 09/04/08       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE



                         PAGE   2
         CASE NO. 05 B 19522 ALETHA ANN BONDS